IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Huerta, Raquel | Case Number: 06 B 08287 |
| | Judge: Wedoff, Eugene R |
| Printed: 1/15/08 | Filed: 7/12/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: November 29, 2007
Confirmed: September 14, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,375.00 | |
| Secured: | | 528.00 |
| Unsecured: | | 1,126.56 |
| Priority: | | 0.00 |
| Administrative: | | 2,500.00 |
| Trustee Fee: | | 220.44 |
| Other Funds: | | 0.00 |
| Totals: | 4,375.00 | 4,375.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Dennis G Knipp | Administrative | 2,500.00 | 2,500.00 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | City of Berwyn | Secured | 528.00 | 528.00 |
| 4. | Lighthouse Financial Group | Secured | 2,600.00 | 0.00 |
| 5. | Option One Mortgage Corp | Secured | 25,934.66 | 0.00 |
| 6. | Nicor Gas | Unsecured | 4,488.97 | 774.14 |
| 7. | Timothy K Liou | Unsecured | 598.45 | 103.21 |
| 8. | Capital One | Unsecured | 1,445.08 | 249.21 |
| 9. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 10. | AT&T | Unsecured | | No Claim Filed |
| 11. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 12. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 13. | Fifth Third Bank | Unsecured | | No Claim Filed |
| | | | $ 38,095.16 | $ 4,154.56 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 7.10 |
| 4.8% | 121.90 |
| 5.4% | 91.44 |
| | $ 220.44 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Huerta, Raquel

Printed:  1/15/08

Case Number:  06 B 08287
Judge:  Wedoff, Eugene R
Filed:  7/12/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

